IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
UNITED STATES OF AMERICA    *
                            *
     v.                     *    CR 122-027
                            *
LAMON COLEMAN               *
```

ORDER

On February 24, 2025, the Court denied Defendant Lamon Coleman's motion to reduce sentence based upon Amendment 821 to the United States Sentencing Guidelines. Defendant did not receive the service copy of the Order because he had been transferred to another facility in the time the motion was under advisement. Now, Defendant has filed another motion to reduce sentence.

Upon the foregoing, the Clerk is directed to resend a copy of the Order of February 24, 2025 (doc. 31) to Defendant at his current place of incarceration and **TERMINATE AS MOOT** the recently filed motion (doc. 34).

**ORDER ENTERED** at Augusta, Georgia this 7th day of May, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA